THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. EDWARD SMITH, Appellant.

C*imes — murder in first degree — judgment of conviction affirmed.

(Argued October 15, 1924; dec ded November 25, 1924.)

APPEAL from a judgment of the Erie County Court, rendered December 22, 1923, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Michael A. Crage* and *Michael J. Maher* for appellant.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.